# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11452

_____

DESHAWN GERVIN,

                                                    Plaintiff-Appellee,

*versus*

PAMELA FLORENCE,
TANDRIA MILTON,
In their individual capacities,

                                                    Defendants-Appellants,

HOKE HAMPTON,
In her individual capacity,

                                                              Defendant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 1:21-cv-00067-LAG

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 9, 2025

For the Court: DAVID J. SMITH, Clerk of Court